# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158764(120)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* CHRISTOPHER ROSS, JR., Minor

_____

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Petitioner-Appellee,

v

CHRISTOPHER ROSS, JR.,
　　　　　Respondent-Appellant.

_____/

SC: 158764
COA: 331096
Oakland CC Family Div:
　　2014-826056-DL

　　　　On order of the Chief Justice, the motion of petitioner-appellee to exceed the page limitation of its supplemental brief is GRANTED. The 57-page supplemental brief submitted on July 10, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2020



Clerk